**UNITED STATES DISTRICT COURT**
**District of Connecticut**

**U. S. Probation Office**

**Jesse Gomes**
Chief United States Probation Officer

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

# M E M O R A N D U M

February 21, 2022

**To:**      The Honorable Michael P. Shea
             United States District Judge

**From:**    Kevin D. Del Biondo *(KDB)*
             United States Probation Officer

**Subject:** Quinones, Hector
             Dkt. No. 3:13CR0080-008 (MPS)
             **Dismissal of Violation of Supervised Release Request**

By way of background, on January 11, 2021, Mr. Quinones appeared before Your Honor for a Violation of Supervised Release Hearing. Subsequently, the Court continued the hearing and scheduled a Status Conference for May 10, 2021, which was cancelled following the submission of a Status Report on May 3, 2021. A second Status Report was submitted on August 2, 2021. The violation has since been pending.

Accordingly, Mr. Quinones has remained in compliance with his terms and conditions of supervised release. He has rendered all negative urine specimens and successfully completed treatment in Hartford, Connecticut. Mr. Quinones has maintained employment as a laborer/maintenance worker for U.S. Cemetery Services in Newington, Connecticut. Mr. Quinones has had no positive drug tests or non-compliance since he made his initial presentment on the violation. Therefore, it is respectfully recommended for the violation to be dismissed. The government and defense counsel do not object to this recommendation.

Should Your Honor wish to discuss this matter further, I am available at your convenience and can be reached by telephone at (203)-815-2847.

__X__   Dismiss the Violation of Supervised Release

_____   Schedule a Violation of Supervised Release Hearing
             Date/Time: _____
_____   Other: _____

cc:      Lillian Odongo, Assistant Federal Defender; Brian P. Leaming, Assistant U.S. Attorney